■ SUSAN BUSH, Individually and as Administratrix of the Estate of WILLIAM C. BUSH, Deceased, and as Parent and Natural Guardian of ABIGAIL P. BUSH and Another, Infants, Appellant, v VALLEY SNOW TRAVELERS OF LEWIS COUNTY, INC., Respondent, et al., Defendant. [810 NYS2d 694]—Appeal from an order of the Supreme Court, Lewis County (Joseph D. McGuire, J.), entered December 15, 2004. The order granted the motion of defendant Valley Snow Travelers of Lewis County, Inc. for summary judgment dismissing the complaint against it and denied plaintiff's cross motion for partial summary judgment against that defendant on the issue of liability.

It is hereby ordered that the order so appealed from be and the same hereby is unanimously affirmed without costs for reasons stated in decision at Supreme Court (Bush v Valley Snow Travelers of Lewis County, Inc., 7 Misc 3d 285 [2004]). Present—Hurlbutt, J.P., Gorski, Green, Pine and Hayes, JJ.